# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Edward Wilson,

          Plaintiff,

v.

Ramsey County, Medical Department, and
Department of Justice,

          Defendants.

Civ. No. 23-1990 (JWB/DLM)

**ORDER ACCEPTING
REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE**

---

United States Magistrate Judge Douglas L. Micko issued a Report and Recommendation ("R&R") on August 17, 2023, in this matter. (Doc. No. 5.) After the R&R issued, Plaintiff requested an extension of time to pay his initial filing fee. (Doc. No. 6.) An extension was granted, giving Plaintiff until November 21, 2023, to pay his initial partial filing fee. (Doc. No. 7.) No objections have been filed to the R&R, nor has Plaintiff paid his initial partial filing fee in the time permitted. In the absence of timely objections, an R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.      The August 17, 2023 Report and Recommendation (Doc. No. 5) is **ACCEPTED**; and

2.      This case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: December 14, 2023                          *s/ Jerry W. Blackwell*
                                                 JERRY W. BLACKWELL
                                                 United States District Judge